IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jason Shaughnessy, | ) |
| *Plaintiff,* | ) ) ) ) ) |
| *-vs-* | ) No. 18-cv-6803 ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) Judge Kennelly ) ) ) ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

It is stipulated between plaintiff Shaughnessy and defendants Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick W. Morrissey<br>Thomas G. Morrissey, Ltd.<br>10150 S. Western Ave., Suite Rear<br>Chicago, IL 60643<br>(773)233-7900<br>*An attorney for plaintiff* | /s/ Michael R. Sherer (with consent)<br>Michael R. Sherer<br>Johnson & Bell, Ltd.<br>33 W. Monroe St., Suite 2700<br>Chicago, IL 60603<br>*An attorney for defendants Dart and Cook County, Illinois* |